BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOZANO and JAZMIN RIVAS, | CASE NO. 1:12-cv-02039 AWI/GSA |
| Plaintiffs, | STIPULATION AND ORDER TO CONTINUE DISCOVERY DATES |
| v. | |
| UNITED STATES OF AMERICA; and DOES 1-10, inclusive; | |
| Defendants. | |

    Plaintiffs David Lozano and Jazmin Rivas ("Plaintiffs"), and Defendant United States ("United States"), stipulate, by and through the undersigned counsel, to extend the discovery deadlines in this action to allow for the parties to engage in settlement negotiations. No dispositive dates are affected by this stipulation.

    The parties agree to a short extension of the discovery dates to allow the parties to engage in a settlement conference with the Honorable Judge Thurston on October 16, 2013 at 10:00 a.m. The parties submit that this request is being made for good cause to allow the parties time to meaningfully explore settlement prior to extensive discovery, depositions and pre-trial disclosures. The stipulation does not change any of the dispositive deadlines, nor the pre-trial conference or trial dates.

///

///

STIPULATION TO CONTINUE DISCOVERY DATES      1

Accordingly, the parties stipulate and agree to continue the following dates, and base it on the above-stated good cause.

|  | **Old Date** | **New Date** |
|---|---|---|
| Close of non-expert discovery | October 18, 2013 | December 6, 2013 |
| Expert Disclosure | November 15, 2013 | December 13, 2013 |
| Supplemental Expert Disclosure | December 20, 2013 | January 17, 2014 |

Respectfully submitted,

Dated:  September 23, 2013

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY


/s/Alyson A. Berg
ALYSON A. BERG
Assistant United States Attorney
Attorney for Defendant
United States of America

Dated:  September 23, 2013

STEVEN L. SALDO
JESSE B. HILL

/a/Steven L. Saldo
STEVEN L. SALDO
Attorney for Plaintiffs

///

///

///

///

///

///

///

///

STIPULATION TO CONTINUE DISCOVERY DATES                                                                 2

**ORDER**

Having reviewed the stipulation submitted by the parties, the dates are continued as referenced above. All other dates set in this Court's scheduling order issued on March 20, 2013 (Doc. 8), remain in full force and effect.

IT IS SO ORDERED.

Dated:   **September 24, 2013**             **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE