IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOZANO and JAZMIN RIVAS,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1-10, inclusive;<br><br>          Defendants. | CASE NO.  1:12-cv-02039 AWI/GSA<br><br>STIPULATION FOR SETTLEMENT CONFERENCE<br><br>ORDER SETTING A SETTLEMENT CONFERENCE FOR NOVEMBER 12, 2013 AT 10:00 A.M. |

 Plaintiffs David Lozano and Jazmin Rivas ("Plaintiffs"), and Defendant United States ("United States"), stipulate, by and through the undersigned counsel, to engage in a settlement conference in an effort to resolve the matter.  The parties agree to a settlement conference with the Honorable Judge Thurston on November 12, 2013 at 10:00 a.m.  No dispositive dates are affected by this stipulation.

                Respectfully submitted,

Dated  October 22, 2013       BENJAMIN B. WAGNER
                      UNITED STATES ATTORNEY

                      /s/Alyson A. Berg
                      ALYSON A. BERG
                      Assistant United States Attorney
                      Attorney for Defendant
                      United States of America

Dated:  October 22, 2013       STEVEN L. SALDO
                      JESSE B. HILL

                      /s/Jesse L. B. Hill
                      STEVEN L. SALDO
                      Attorney for Plaintiffs

**ORDER**

Having reviewed the stipulation submitted by the parties, a settlement conference is **SET** for **November 12, 2013** at 10:00 a.m., located at the United States Courthouse in Bakersfield, CA.

IT IS SO ORDERED.

Dated:   **October 29, 2013**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE