IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOZANO and JAZMIN RIVAS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1-10, inclusive;<br><br>　　　　　Defendants. | CASE NO.  1:12-cv-02039 AWI/GSA<br><br>STIPULATION FOR SETTLEMENT CONFERENCE<br><br>ORDER SETTING A SETTLEMENT CONFERENCE FOR NOVEMBER 12, 2013 AT 10:00 A.M. |

　　　Plaintiffs David Lozano and Jazmin Rivas ("Plaintiffs"), and Defendant United States ("United States"), stipulate, by and through the undersigned counsel, to engage in a settlement conference in an effort to resolve the matter.   The parties agree to a settlement conference with the Honorable Judge Thurston on November 12, 2013 at 10:00 a.m.   No dispositive dates are affected by this stipulation.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated  October 22, 2013　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　　　/s/Alyson A. Berg
　　　　　　　　　　　　　　　　　　　　　　ALYSON A. BERG
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　United States of America

Dated:  October 22, 2013　　　　　　　　　 STEVEN L. SALDO
　　　　　　　　　　　　　　　　　　　　　　JESSE B. HILL

　　　　　　　　　　　　　　　　　　　　　　/s/Jesse L. B. Hill
　　　　　　　　　　　　　　　　　　　　　　STEVEN L. SALDO
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

1

**ORDER**

Having reviewed the stipulation submitted by the parties, a settlement conference is **SET** for **November 12, 2013** at 10:00 a.m., located at the United States Courthouse in Bakersfield, CA.

IT IS SO ORDERED.

   Dated:   **October 29, 2013**                    **/s/ Jennifer L. Thurston**
                                                                               UNITED STATES MAGISTRATE JUDGE