BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOZANO and JAZMIN RIVAS,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1-10, inclusive;<br><br>　　　　　　　Defendants. | CASE NO. 1:12-cv-02039 AWI/GSA<br><br>STIPULATION TO CONTINUE PRE-TRIAL DATES; [PROPOSED ORDER] |

　　　　Plaintiffs David Lozano and Jazmin Rivas ("Plaintiffs"), and Defendant United States ("United States"), stipulate, by and through the undersigned counsel, to extend the discovery deadlines in this action to allow for the parties to engage in further settlement negotiations.  The date for filing dispositive motions is affected by this stipulation, but not the pre-trial conference or the trial dates.

　　　　The parties agree to a short extension of the dates to allow the parties to engage in a further settlement conference with the Honorable Judge Thurston on December 5, 2013 at 10:00 a.m.  The parties submit that this request is being made for good cause to allow the parties time to meaningfully explore settlement in furtherance of the initial settlement conference on October 16, 2013, and prior to extensive discovery, depositions and pre-trial disclosures.  The stipulation provides a change of approximately a month to the dispositive motion deadline, without changing the pre-trial conference or trial dates.

　　　　Accordingly, the parties stipulate and agree to continue the following dates, and base it on the above-stated good cause.

|  | **Old Date** | **New Date** |
|---|---|---|
| Close of Non-Expert Discovery | December 6, 2013 | January 20, 2014 |
| Expert Disclosure | December 13, 2013 | February 3, 2014 |
| Supplemental Expert Disclosure | January 17, 2014 | February 24, 2014 |
| Non-Dispositive Motion Filing Deadline | February 17, 2014 | March 10, 2014 |
| Disposition Motion Filing Deadline | March 3, 2014 | April 7, 2014 |

Respectfully submitted,

Dated: November 15, 2013      BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY


                              /s/Alyson A. Berg
                              ALYSON A. BERG
                              Assistant United States Attorney
                              Attorney for Defendant
                              United States of America

Dated: November 15, 2013      LAW OFFICES OF STEVEN L. SALDO

                              (As authorized 11/15/13)
                              /s/Steven L. Saldo
                              STEVEN L. SALDO
                              Attorney for Plaintiffs

Dated: November 15, 2013      LAW OFFICES OF JESSE L.B. HILL

                              (As authorized 11/15/13)
                              /s/Jesse L. B. Hill
                              JESSE L.B. HILL
                              Attorney for Plaintiffs

**ORDER**

Having reviewed the stipulation submitted by the parties, the dates are continued as referenced above. All other dates set in this Court's scheduling order issued on March 20, 2013 (Doc. 8), remain in full force and effect. The parties are advised that in the event that this case does not settle, Judge Ishii may continue the pretrial conference and the trial date in this matter because the new deadline for filing

1 | dispositive motions is very close to the pretrial conference date.

4 | IT IS SO ORDERED.

Dated:   **November 18, 2013**                    **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE