| | |
|---|---|
| 1 | **LAW OFFICES OF STEVEN L. SALDO**<br>1042 Palm Street, Second Floor |
| 2 | San Luis Obispo, California   93401<br>Telephone:   (805) 547-0700 |
| 3 | Fax:   (805) 547-0754<br>Steven L. Saldo, Esq. - State Bar Number 116177 |
| 4 | Email: ssaldo@saldolaw.com |
| 5 | **LAW OFFICES OF JESSE L.B. HILL**<br>1042 Palm Street, Second Floor |
| 6 | San Luis Obispo, California   93401<br>Telephone:   (805) 547-0700 |
| 7 | Fax:   (805) 547-0754<br>Jesse L.B. Hill, Esq. - State Bar Number 97620 |
| 8 | Email: JLBHill@aol.com |
| 9 | Co-counsel for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LAZANO, individually; and JAZMIN RIVAS, individually; | CASE NO.   1:12-CV-02039 AWI-GSA |
| Plaintiffs, | NOTICE OF SETTLEMENT |
| v. | |
| UNITED STATES OF AMERICA; and DOES 1-10, inclusive; | Judge:   Anthony W. Ishii |
| Defendants. | Trial Date:   July 29, 2014 |

TO THE COURT:

    Plaintiffs, Daniel Lozano and Jazmine Rivas, by and through their counsel of record, hereby notify the Court that the parties have reached a settlement in the above entitled matter.   The parties hereby request that the court vacate all pending due dates and hearing and retain jurisdiction over this case until the defendants can perform its agreed duties under the settlement agreement which has been executed by all parties.   It is estimated that it will take the defendant approximately 90 days to fully perform its duties as mandated in the settlement agreement.

1

NOTICE OF SETTLEMENT

1	All parties are aware that plaintiff's attorney will be filing this request to vacate the dates with this
2	Court.
3	All counsel appreciate the Court's cooperation and its handling of this matter and request that the
4	Court sign the following order.
5
6	Respectfully submitted,	LAW OFFICES OF STEVEN L. SALDO
7	LAW OFFICES OF JESSE L.B. HILL
8
9	Dated: January 20, 2014	By: ___/s/_____
10	Jesse L.B. Hill for Plaintiffs
11
12
13	ORDER
14	Pursuant to the foregoing representations and Stipulation of the parties, and good cause appearing,
15	all dates are hereby vacated and the Court will retain jurisdiction over this matter for one hundred and
16	twenty days to allow the Defendant to fulfill its duties under the settlement agreement.   Within one
17	hundred and twenty days the parties SHALL file a dismissal of this action pursuant to Rule 41 of the
18	Federal Rules of Civil Procedure.
19
20
21
22	IT IS SO ORDERED.
23	Dated:   February 6, 2014	_____
	SENIOR   DISTRICT   JUDGE
24
25
26
27
28

2
NOTICE OF SETTLEMENT