**LAW OFFICES OF STEVEN L. SALDO**
1042 Palm Street, Second Floor
San Luis Obispo, California 93401
Telephone: (805) 547-0700
Fax: (805) 547-0754
Steven L. Saldo, Esq. - State Bar Number 116177
Email: ssaldo@saldolaw.com

**LAW OFFICES OF JESSE L.B. HILL**
1042 Palm Street, Second Floor
San Luis Obispo, California 93401
Telephone: (805) 547-0700
Fax: (805) 547-0754
Jesse L.B. Hill, Esq. - State Bar Number 97620
Email: JLBHill@aol.com

Co-counsel for Plaintiff

FILED
MAY 01 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOZANO, individually; and JAZMIN RIVAS, individually;<br><br>      Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA; and DOES 1-10, inclusive;<br><br>      Defendants. | CASE NO. 2:12-CV-02039 AWI-GSA<br><br>**STIPULATION TO DISMISS**<br><br>Judge:       Anthony W. Ishii<br>Trial Date:  July 29, 2014 |

   Pursuant to the terms of a written Stipulation for Compromise as well as the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties through their respective counsel of record, hereby stipulated that this action be dismissed with prejudice.

   IT IS SO STIPULATED.

Respectfully submitted,                    **LAW OFFICES OF STEVEN L. SALDO**

Dated: March 27, 2014                      By: __/s/_____
                                               Jesse L.B. Hill for Plaintiffs

1

STIPULATION TO DISMISSAL

**BENJAMINE B. WAGNER**
**UNITED STATES ATTORNEY**

Dated: March 27, 2014

By: ___/s/_____
Alyson A. Berg
Assistant United States Attorney
for Defendant United States of America

It is so Ordered. Dated: 5-1-14

_____
United States District Judge